HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>                Defendant. | NO. 2:15-cv-00369 RSM |
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>                Defendant. | **JOINT STATUS REPORT**<br><br>NO. 2:15-cv-00850 RSM |

This is an action for declaratory and injunctive relief under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 *et seq*.

By Joint Status Report dated October 16, 2017 (Dkt. No. 31), the parties reported that they had worked together in good faith, and that Defendant had continued to make meaningful monthly document releases to Plaintiff. On July 17, 2017, August 15, 2017, and September 15, 2017,

JOINT STATUS REPORT- 1
(Case No. 2:15-cv-00369 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1  Defendant made additional document releases to Plaintiff. Plaintiff continues to evaluate the
2  documents released by Defendant, and the parties continue to work in good faith in an attempt to
3  narrow the disputed issues in this matter.
4      Accordingly, the parties request that the Court continue to defer entry of a scheduling
5  order. Unless the Court directs otherwise, the parties will file a joint status report in 30 days.
6      Respectfully submitted this 17th day of November, 2017.

BAKER & McKENZIE LLP

By: *s/ Daniel A. Rosen*
    Daniel A. Rosen, NYBA #2790442
    *Pro Hac Vice*
    452 Fifth Avenue
    New York, NY  10018
    Phone:  (212) 626-4272
    Phone:  (212) 626-4272
    Email:  daniel.rosen@bakermckenzie.com

*Attorneys for Plaintiff Microsoft Corporation*

CALFO EAKES & OSTROVSKY PLLC

By: *s/ Patty A. Eakes*
By: *s/ Andrea D. Ostrovsky*
    Patty A. Eakes, WSBA #18888
    Andrea D. Ostrovsky, WSBA #37749
    1301 Second Avenue, Suite 2800
    Seattle, WA  98101
    Tel:  (206) 407-2211
    Fax:  (206) 407-2224
    Email:  pattye@calfoeakes.com
    Email:  andreao@calfoeakes.com

U.S. DEPARTMENT OF JUSTICE

By: *s/ Richard J. Hagerman*
    Richard J. Hagerman
    Trial Attorney, Tax Division
    U.S. Department Of Justice
    Post Office Box 227
    Washington, DC 20044
    Telephone:  202-616-9832
    Facsimile:  202-514-6866
    Email:  richard.j.hagerman@usdoj.gov

*Attorneys for Defendant Internal Revenue Service*

JOINT STATUS REPORT- 2
(Case No. 2:15-cv-00369 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel A. Rosen
daniel.rosen@bakermckenzie.com

Richard J. Hagerman
richard.j.hagerman@usdoj.gov

Patty A. Eakes
pattye@calfoeakes.com

Andrea D. Ostrovsky
andreao@calfoeakes.com

By: *s/ Mary J. Klemz*
    Mary J. Klemz

JOINT STATUS REPORT- 3
(Case No. 2:15-cv-00369 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224