HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

                Plaintiff,

    vs.

INTERNAL REVENUE SERVICE,

                Defendant.

NO.  2:15-cv-00369 RSM

**JOINT STATUS REPORT**

MICROSOFT CORPORATION,

                Plaintiff,

    vs.

INTERNAL REVENUE SERVICE,

                Defendant.

NO.  2:15-cv-00850 RSM

      This is an action for declaratory and injunctive relief under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 *et seq*.

      By Joint Status Report dated November 17, 2017 (Dkt. No. 33), the parties reported that Plaintiff was evaluating the documents released by Defendant, and that the parties were working in good faith in an attempt to narrow the disputed issues in this matter.  Petitioner's evaluation is

ongoing, and the parties are continuing to work in good faith in an attempt to narrow disputed

issues.  Accordingly, the parties request that the Court continue to defer entry of a scheduling

order.  Unless the Court directs otherwise, the parties will file a joint status report in 30 days.

      Respectfully submitted this 18th day of December, 2017.

BAKER & McKENZIE LLP               CALFO EAKES & OSTROVSKY PLLC

By: _s/ Daniel A. Rosen_            By: _s/ Patty A. Eakes_
    Daniel A. Rosen, NYBA #2790442     By: _s/ Andrea D. Ostrovsky_
    *Pro Hac Vice*                  Patty A. Eakes, WSBA #18888
    452 Fifth Avenue            Andrea D. Ostrovsky, WSBA #37749
    New York, NY  10018         1301 Second Avenue, Suite 2800
    Phone:  (212) 626-4272        Seattle, WA  98101
    Phone:  (212) 626-4272        Tel:  (206) 407-2211
    Email:  daniel.rosen@bakermckenzie.com    Fax:  (206) 407-2224
                                    Email:  pattye@calfoeakes.com
                                    Email:  andreao@calfoeakes.com

*Attorneys for Plaintiff Microsoft Corporation*

U.S. DEPARTMENT OF JUSTICE

By: _s/ Richard J. Hagerman_
    Richard J. Hagerman
    Trial Attorney, Tax Division
    U.S. Department Of Justice
    Post Office Box 227
    Washington, DC 20044
    Telephone:  202-616-9832
    Facsimile:  202-514-6866
    Email:  richard.j.hagerman@usdoj.gov

*Attorneys for Defendant Internal Revenue Service*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel A. Rosen
daniel.rosen@bakermckenzie.com

Richard J. Hagerman
richard.j.hagerman@usdoj.gov

Patty A. Eakes
pattye@calfoeakes.com

Andrea D. Ostrovsky
andreao@calfoeakes.com

By: ___*s/ Mary J. Klemz*___
Mary J. Klemz

JOINT STATUS REPORT- 3
(Case No. 2:15-cv-00369 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224