HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>              Plaintiff,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>              Defendant. | NO.  2:15-cv-00369 RSM<br><br><br>**JOINT STATUS REPORT** |
| MICROSOFT CORPORATION,<br><br>              Plaintiff,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>              Defendant. | NO.  2:15-cv-00850 RSM |

This is an action for declaratory and injunctive relief under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 *et seq*.

By Joint Status Report dated January 17, 2018 (Dkt. No. 35), the parties reported that Plaintiff was evaluating the documents released by Defendant, and that the parties were working in good faith in an attempt to narrow the disputed issues in this matter. Petitioner's evaluation is

JOINT STATUS REPORT- 1
(Case No. 2:15-cv-00369 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

ongoing, and the parties are continuing to work in good faith in an attempt to narrow disputed issues.  Accordingly, the parties request that the Court continue to defer entry of a scheduling order. Unless the Court directs otherwise, the parties will file a joint status report in 30 days.

Respectfully submitted this 16th day of February, 2018.

| BAKER & McKENZIE LLP | CALFO EAKES & OSTROVSKY PLLC |
|---|---|
| By: *s/ Daniel A. Rosen*<br>    Daniel A. Rosen, NYBA #2790442<br>    *Pro Hac Vice*<br>    452 Fifth Avenue<br>    New York, NY  10018<br>    Phone:  (212) 626-4272<br>    Phone:  (212) 626-4272<br>    Email:<br>    daniel.rosen@bakermckenzie.com<br>***Attorneys for Plaintiff Microsoft Corporation*** | By: *s/ Patty A. Eakes*<br>By: *s/ Andrea Delgadillo Ostrovsky*<br>    Patty A. Eakes, WSBA #18888<br>    Andrea Delgadillo Ostrovsky, WSBA #37749<br>    1301 Second Avenue, Suite 2800<br>    Seattle, WA  98101<br>    Tel:  (206) 407-2211<br>    Fax:  (206) 407-2224<br>    Email: pattye@calfoeakes.com<br>    Email: andreao@calfoeakes.com |

U.S. DEPARTMENT OF JUSTICE

By: *s/ Richard J. Hagerman*
    Richard J. Hagerman
    Trial Attorney, Tax Division
    U.S. Department Of Justice
    Post Office Box 227
    Washington, DC 20044
    Telephone:  202-616-9832
    Facsimile:  202-514-6866
    Email: richard.j.hagerman@usdoj.gov

***Attorneys for Defendant Internal Revenue Service***

JOINT STATUS REPORT- 2
(Case No. 2:15-cv-00369 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Daniel A. Rosen
>daniel.rosen@bakermckenzie.com
>
>Richard J. Hagerman
>richard.j.hagerman@usdoj.gov
>
>Patty A. Eakes
>pattye@calfoeakes.com
>
>Andrea D. Ostrovsky
>andreao@calfoeakes.com

By: *s/ Mary J. Klemz*
Mary J. Klemz

JOINT STATUS REPORT- 3
(Case No. 2:15-cv-00369 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224