1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Defendant. | NO. 2:15-cv-00369 RSM<br><br>JOINT MOTION TO EXTEND TIME AND ORDER REGARDING CASE SCHEDULE |
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Defendant. | NO. 2:15-cv-00850 RSM<br><br>NO. 2:15-cv-01605 RSM |

Based on the stipulation of the parties, the Court adopts the following amended schedule in the above cases:

| | |
|---|---|
| The IRS to provide draft revised declarations: | June 15, 2021 |
| The IRS to provide draft revised Vaughn indices: | August 13, 2021 |
| The IRS to file its motion for summary judgment: | September 13, 2021 |

JOINT MOTION TO EXTEND TIME AND ORDER REGARDING
CASE SCHEDULE

It is SO ORDERED this 29th day of March, 2021.

                           _____
                           RICARDO S. MARTINEZ
                           CHIEF UNITED STATES DISTRICT JUDGE