HONORABLE RICARDO S. MARTINEZ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                              Plaintiff,<br><br>        vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>                              Defendant. | NO. 2:15-cv-00369 RSM<br><br>SECOND CONSENT MOTION AND ORDER REGARDING CASE SCHEDULE |
| MICROSOFT CORPORATION,<br><br>                              Plaintiff,<br><br>        vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>        Defendant. | NO. 2:15-cv-00850 RSM |

        The above-captioned actions are for declaratory and injunctive relief under the Freedom

of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and the Administrative Procedure

Act, 5 U.S.C. § 701 *et seq*.  The parties jointly request that these actions remain open and that the

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-524-6866 (Fax)

Court approve the parties' agreed upon, modified schedule set forth in paragraph 1, below.  In support of this request, the parties state the following:

1.    On June 16, 2021, the Court issued a case management order in which the Court adopted the parties' proposed schedule and case management order. Under that schedule, the IRS was required to provide Microsoft with draft revised declarations by June 24, 2021 and draft revised *Vaughn* indices by August 13, 2021, and to file a motion for summary judgment by September 13, 2021. The IRS provided draft revised declarations to Microsoft on June 24, 2021, and Microsoft responded by letter dated July 28, 2021. The IRS, however, needs additional time to complete drafting revised *Vaughn* indices.[1] The IRS accordingly requests, and Microsoft consents, to extend the remaining deadlines for transmitting draft revised *Vaughn* indices and for filing a motion for summary judgment. The IRS therefore requests that the Court adopt the following revised schedule for both of the above-captioned cases:

| SCHEDULE | |
| --- | --- |
| **Event** | **Date** |
| The IRS to provide draft revised *Vaughn* indices: | August 27, 2021 |
| The IRS to file its motion for summary judgment: | October 29, 2021 |

2.    Recognizing that the parties continue to engage in good faith negotiations, the parties agree that evidence of the IRS's efforts to address Microsoft's concerns, including any revisions to previously exchanged declarations or exemption claims, is not admissible to prove that the IRS's search was unreasonable or that the IRS's exemption claims were improper.

3.    The parties jointly request that these actions remain open and that the Court enter an order adopting the case schedule proposed in paragraph 1.

---

[1] The IRS has also proposed, and Microsoft has consented to, an additional month-long extension (by September 17, 2021) to provide Microsoft with draft revised *Vaughn* indices in 2:15-cv-01605.

SECOND CONSENT MOTION TO EXTEND TIME AND ORDER
REGARDING CASE SCHEDULE
(Case Nos. 2:15-cv-00369, 2:15-cv-00850)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-524-6866 (Fax)

1

Respectfully submitted this 12th day of August, 2021.

2

3

4

**BAKER & McKENZIE LLP**

5

By: _s/ Daniel A. Rosen_

6

    Daniel A. Rosen, NYBA #2790442
    *Pro Hac Vice*

7

    452 Fifth Avenue
    New York, NY  10018

8

    Tel:  (212) 626-4272
    Fax:  (212) 310-1600

9

    Email:  daniel.rosen@bakermckenzie.com

10

11

*Attorney for Plaintiff Microsoft Corporation*

12

13

14

15

**U.S. DEPARTMENT OF JUSTICE**

16

By:   _s/ Stephen S. Ho_

17

    Stephen S. Ho
    Trial Attorney, Tax Division

18

    U.S. Department of Justice
    Post Office Box 227

19

    Washington, DC 20044
    Tel:  (202) 616-8994

20

    Fax:  (202) 514-6866

21

    Email:  stephen.s.ho@usdoj.gov

22

*Attorney for Defendant Internal Revenue Service*

23

24

25

SECOND CONSENT MOTION TO EXTEND TIME AND ORDER
REGARDING CASE SCHEDULE
(Case Nos. 2:15-cv-00369, 2:15-cv-00850)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-524-6866 (Fax)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

### CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing JOINT MOTION via the

Court's electronic case filing system on August 12, 2021.

*/s Stephen S. Ho*

STEPHEN S. HO

SECOND CONSENT MOTION TO EXTEND TIME AND ORDER
REGARDING CASE SCHEDULE
(Case Nos. 2:15-cv-00369, 2:15-cv-00850)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-524-6866 (Fax)

1

**ORDER**

2

It is SO ORDERED this 13ᵗʰ day of August, 2021.

3

4

5

6

RICARDO S. MARTINEZ

7

CHIEF UNITED STATES DISTRICT JUDGE

8

Presented by:

9

10

**BAKER & McKENZIE LLP**

11

By: _s/ Daniel A. Rosen_

12

    Daniel A. Rosen, NYBA #2790442
    *Pro Hac Vice*

13

    452 Fifth Avenue
    New York, NY  10018

14

    Tel:  (212) 626-4272
    Fax:  (212) 310-1600

15

    Email:  daniel.rosen@bakermckenzie.com

16

17

*Attorney for Plaintiff Microsoft Corporation*

18

19

**U.S. DEPARTMENT OF JUSTICE**

20

By: _s/ Stephen S. Ho_

    Stephen S. Ho

21

    Trial Attorney, Tax Division
    U.S. Department of Justice

22

    Post Office Box 227
    Washington, DC 20044

23

    Tel:  (202) 616-8994
    Fax:  (202) 514-6866

24

    Email:  stephen.s.ho@usdoj.gov

25

*Attorney for Defendant Internal Revenue Service*

SECOND CONSENT MOTION TO EXTEND TIME AND ORDER
REGARDING CASE SCHEDULE
(Case Nos. 2:15-cv-00369, 2:15-cv-00850)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-524-6866 (Fax)