HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>        Defendant.<br><br>MICROSOFT CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>        Defendant. | NO. 2:15-cv-00369 RSM<br><br>**ORDER GRANTING IRS'S MOTION PURSUANT TO LCR 7(f) TO FILE OVER-LENGTH BRIEF**<br><br>NOTE ON MOTION CALENDAR APRIL 26, 2022<br><br>NO. 2:15-cv-00850 RSM |

This matter comes before the Court on the IRS's Motion to File Over-Length Brief. The IRS requests to file a 33-page brief in support of summary judgment.

Having considered the motion and good cause appearing, the Court hereby **ORDERS** that the motion is granted. The IRS may file a motion for summary judgment not to exceed 33 pages.

ORDER GRANTING IRS MOTION TO FILE OVER-LENGTH BRIEF
(Case No. 2:15-cv-369, -850)

U.S. Department of Justice, Tax Division
Ben Franklin Station, P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-514-6866 (Fax)

DATED this 26th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**U.S. DEPARTMENT OF JUSTICE**

By:  *s/ Stephen S. Ho*
Stephen S. Ho
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Tel:  (202) 616-8994
Fax:  (202) 514-6866
Email:  stephen.s.ho@usdoj.gov

*Attorney for Defendant Internal Revenue Service*

ORDER GRANTING IRS MOTION TO FILE OVER-LENGTH BRIEF
(Case No. 2:15-cv-369, -850)

U.S. Department of Justice, Tax Division
Ben Franklin Station, P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-514-6866 (Fax)