HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>                Defendant.<br><br>MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>                Defendant. | NO. 2:15-cv-00369 RSM<br><br>**ORDER GRANTING IRS'S SECOND MOTION FOR EXTENSION OF TIME**<br><br>NOTE ON MOTION CALENDAR<br>AUGUST 9, 2022<br><br><br>NO. 2:15-cv-00850 RSM |

This matter comes before the Court on the IRS's Second Motion for Extension of Time. The IRS requests an additional 17 days to reply in support of its Motion for Summary Judgment.

Having considered the motion and good cause appearing, the Court hereby **ORDERS** that the motion is granted. The IRS may file a reply and supplemental declarations in support of its Motion for Summary Judgment through August 29, 2022.

| | |
|---|---|
| ORDER GRANTING IRS'S SECOND MOTION FOR EXTENSION OF TIME<br>(Case No. 2:15-cv-369, -850) | U.S. Department of Justice, Tax Division<br>Ben Franklin Station, P.O. Box 227<br>Washington, D.C. 20044<br>202-616-8994 (Phone)<br>202-514-6866 (Fax) |

DATED this 10th day of August, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**U.S. DEPARTMENT OF JUSTICE**

By:   *s/ Stephen S. Ho*                          
   Stephen S. Ho
   Trial Attorney, Tax Division
   U.S. Department of Justice
   Post Office Box 227
   Washington, DC 20044
   Tel:  (202) 616-8994
   Fax:  (202) 514-6866
   Email:  stephen.s.ho@usdoj.gov

*Attorney for Defendant Internal Revenue Service*

ORDER GRANTING IRS'S SECOND MOTION FOR EXTENSION OF TIME
(Case No. 2:15-cv-369, -850)

U.S. Department of Justice, Tax Division
Ben Franklin Station, P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-514-6866 (Fax)