HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Defendant. | NO. 2:15-cv-00369-RSM<br><br>**ORDER GRANTING IRS'S MOTION PURSUANT TO LCR 7(f) TO FILE OVER-LENGTH REPLY BRIEF**<br><br>NOTE ON MOTION CALENDAR:<br>August 25, 2022 |
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Defendant. | NO. 2:15-cv-00850-RSM |

This matter comes before the Court on the IRS's Motion to File Over-Length Reply Brief. The IRS requests to file an 18-page reply brief in support of summary judgment.

Having considered the motion and good cause appearing, the Court hereby **ORDERS** that the motion is granted. The IRS may file a reply not to exceed 18 pages.

| | |
|---|---|
| ORDER GRANTING IRS MOTION TO FILE OVER-LENGTH REPLY BRIEF<br>(Case No. 2:15-cv-369, -850) | U.S. Department of Justice, Tax Division<br>Ben Franklin Station , P.O. Box 227<br>Washington, D.C. 20044<br>202-616-8994 (Phone)<br>202-514-6866 (Fax) |

DATED this 25th day of August, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DAVID A. HUBBERT
Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

By: *s/ Stephen S. Ho*
    Stephen S. Ho
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 227
    Washington, DC 20044
    Tel: (202) 616-8994
    Fax: (202) 514-6866
    Email: stephen.s.ho@usdoj.gov

*Attorney for Defendant Internal Revenue Service*

ORDER GRANTING IRS MOTION TO FILE OVER-LENGTH REPLY BRIEF
(Case No. 2:15-cv-369, -850)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-514-6866 (Fax)